IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,

    Plaintiff,

v.                                      CASE NO.: 4:10cv557-SPM/WCS

WILLIAM LINCOLN, as Personal
Representative of the Estate of
ABLE LINCOLN, and
TREVOR STEWART,

    Defendants.
_____/

## ORDER EXTENDING TIME TO PERFECT SERVICE

    Upon consideration, Plaintiff's Motion Nunc Pro Tunc for Enlargement of Time to Perfect Service on Defendant Trevor Stewart (doc. 13) is granted. Plaintiff shall have up to and including June 30, 2011, to perfect service on Trevor Stewart.

    SO ORDERED this 27th day of March, 2011.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge